959 A.2d 908

Anthony GARDNER, Petitioner

v.

Michael KLOPOTOSKI, Supt. Warden, S.C.I. Dallas; The Honorable Chief Justice and Justices of the Supreme Court; Joseph Scarnati III, President Pro Tempore of the House of Senate of Pennsylvania; Dennis O'Brien, Speaker of the House of Representatives of Pennsylvania, Lynn Abraham, Dist. Atty. Phila., Respondents

Thomas Corbett, Attorney General Pennsylvania, Intervenor.

No. 64 EM 2008.

Supreme Court of Pennsylvania.

Nov. 3, 2008.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of November, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

959 A.2d 908

COMMONWEALTH ex rel. Louis MICKENS–THOMAS, Petitioner

v.

David DIGUGLIELMO, Superintendent State Correctional Institution at Graterford, Respondent.

No. 36 EM 2008.

Supreme Court of Pennsylvania.

Nov. 3, 2008.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of November, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**